

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

USDC - DVT
2:25-mc-117

-----------------------------------x
In the Matter of the
Appointment of

Steven L. Barth                **ORDER OF APPOINTMENT**

Interim Federal Public Defender
-----------------------------------x

On behalf of the United States Court of Appeals for the Second Circuit, and pursuant to 18 U.S.C. §3006A(g)(2)(A) and the regulations promulgated by the Judicial Conference of the United States,

**IT IS HEREBY ORDERED THAT** Steven L. Barth is appointed as the Interim Federal Public Defender for the District of Vermont commencing August 1, 2025. This Order will expire upon the appointment of a Federal Public Defender for the District of Vermont, pursuant to 18 U.S.C. § 3006A(g)(2)(A), or until further order of this Court.

_____
Debra Ann Livingston
Chief Judge

Dated: July 30, 2025
New York, New York

CERTIFIED COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

July 30, 2025